IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Vowal Sr, Isaac Gborkeh

Printed: 9/3/08

Case Number:  04 B 39086
Judge:  Hollis, Pamela S
Filed:  10/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: December 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 68,828.25 |  |
| Secured: |  | 48,653.65 |
| Unsecured: |  | 12,439.12 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,507.53 |
| Other Funds: |  | 1,527.95 |
| Totals: | 68,828.25 | 68,828.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Unifund CCR Partners | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 38,200.50 | 38,200.50 |
| 5. | Triad Financial Services | Secured | 10,453.15 | 10,453.15 |
| 6. | United Student Aid Funds Inc | Unsecured | 9,289.05 | 12,385.40 |
| 7. | ECast Settlement Corp | Unsecured | 40.29 | 53.72 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Bank One | Unsecured |  | No Claim Filed |
| 10. | American General Finance | Unsecured |  | No Claim Filed |
|  |  |  | $ 60,682.99 | $ 63,792.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 468.12 |
| 4% | 198.33 |
| 3% | 148.75 |
| 5.5% | 740.21 |
| 5% | 212.44 |
| 4.8% | 475.84 |
| 5.4% | 1,263.84 |
|  | $ 3,507.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Vowal Sr, Isaac Gborkeh

Printed:  9/3/08

Case Number:  04 B 39086
Judge:  Hollis, Pamela S
Filed:  10/20/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

